46 F.3d 1116
 Galarza (Mr. Alberto)
v.
Hawk (Mrs. Kathleen), Director of B.O.P., Wilkinson (Mr.
G.C.), Director of Northeast Regional, Wigen (Mr. George
C.), Warden for FCI Schuylkill, Richardson (Mr. J.), Unit
Manager for FCI Schuylkill, Boutin (Mr. M.J.), Lieutenant,
Invs. for FCI Schuylkill, Mr. Brusca, (DHO) Officer, for FCI
Schuylkill
 NOS. 94-1802, 94-1848
 United States Court of Appeals,
Third Circuit.
 Dec 14, 1994
 
 Appeal From: E.D.Pa., No. 94-cv-01904,
 Katz, J.
 
 
 1
 AFFIRMED.